ORDER: Motion granted. Defendant's counsel shall initiate the conference call to the Court at at 615-736-7344.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KRISTAIN COPELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-cv-00215 |
| ) | |
| SAM'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION REQUESTING PERMISSION TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY

A Case Management Conference is currently set for Monday, April 23, 2012, at 10:00 a.m. before the Honorable Magistrate Judge Knowles. Counsel for Plaintiff, Kristain Copeland, and counsel for Defendant, Sam's East, Inc., file this Joint Motion Requesting Permission to Attend the Case Management Conference Telephonically due to the travel time counsel for Defendant would have to incur to attend this conference. Plaintiff's counsel, Stephen Crofford, can be reached at the following telephone number: 615-244-2445. Defendant's counsel, Lauren A. Wong, can be reached at the following telephone number: 901-844-4441.

Respectfully submitted,

s/ Lauren A. Wong
John M. Russell (TN No. 17546)
Lauren A. Wong (TN No. 28118)
LAWRENCE & RUSSELL, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4441
Facsimile: (901) 844-4435
johnr@lawrencerussell.com
laurenw@lawrencerussell.com

Attorneys for Sam's East, Inc.,

1